STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

Attorney for MAN NEI LUI

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>MAN NEI LUI, et al.,<br><br>Defendants. | STIPULATION AND [PROPOSED]<br>ORDER PERMITTING TRAVEL TO THE<br>EASTERN DISTRICT OF CALIFORNIA<br><br>CR-05-0723-JW |

Defendant, Man Nei Lui, through and by his attorney, Steven F. Gruel, Esquire hereby respectfully requests that his conditions of pretrial release be modified to permit business travel to the Eastern District of California.

As seen in the pretrial services report, the defendant owns and operates a trucking company called 3 Way Transportation, Inc., with one partner. As part of it's business, the trucking company transports computer parts from San Francisco International Airport to two important clients in the Elk Grove and the Fresno area. The defendant's clients are Best Buy and Apple Computer stores in those areas. Given the distance and frequency of the trips (several every

STIPULATION AND [PROPOSED]
ORDER PERMITTING TRAVEL TO
THE EASTERN DISTRICT OF CALIFORNIA
- 1

week) it is impossible to simply have the defendant's partner make all the trips out of the Northern District of California. The defendant has just signed contracts with these clients and it would seriously harm his trucking business if it should lose these two important clients. Consequently, the defendant seeks a modification of his pretrial release conditions to permit only business related travel to the Sacramento and Tulare counties in the Eastern District of California for 3 Way Transportation, Inc.

The government does not oppose this defense request.

SO STIPULATED:

DATED: December 1, 2005

STEVEN F. GRUEL
Attorney for Defendant
MAN NEI LUI

DATED: 12/1/05

JOHN N. GLANG
Assistant United States Attorney

STIPULATION AND [PROPOSED]
ORDER PERMITTING TRAVEL TO
THE EASTERN DISTRICT OF CALIFORNIA       - 2

[PROPOSED] ORDER AMENDING PRETRIAL CONDITIONS

PREDICATED on the above stipulation and GOOD CAUSE APPEARING THEREFROM, the Court hereby amends the Defendant's conditions of pretrial release to permit business travel to Sacramento and Tulare counties in the Eastern District of California. *and the counties necessary to get to Elk Grove & Fresno as determined by pretrial Services. PVT*

IT IS SO ORDERED.

12/2/05

PATRICIA V. TRUMBULL
United States Magistrate Judge

*STIPULATION AND [PROPOSED]*
*ORDER PERMITTING TRAVEL TO*
*THE EASTERN DISTRICT OF CALIFORNIA*
- 3