STEVEN F. GRUEL (CSBN 213148)
Attorney for defendant Man Nei Lui

655 Montgomery Street, Suite 1700
San Francisco, California 94111
(415)989-1253(o); (415)576-1442(f)
attystevengruel@sbcglobal.net

FILED

AUG 29 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITD STATES OF AMERICA,<br><br>          Plaintiff,<br><br>Vs.<br><br>MAN NEI LUI,<br><br>          Defendant. | Case No.: CR-05-00723-JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS OF<br>RELEASE |

## STIPULATION MODIFYING CONDITIONS OF RELEASE

On November 23, 2005, the Honorable Magistrate Judge Patricia Trumbull ordered that the defendant Man Nei Lui be permitted pretrial release predicated on conditions including a $100,000 bond secured by equity in real property. On December 15, 2005 the defendant's brother and sister-in-law (Man See Lui and Sherry M, Lui) signed as sureties and filed a Deed of Trust and Grant Deed posting their home at 728 Callaway Street, San Leandro, California to support the $100,000 bond.

STIPULATION AND [PROPOSED]
ORDER MODIFYING CONDITIONS OF RELEASE
- 1

Defendant's brother and sister-in-law have indicated that they plan to sell the property posted as described above. Consequently, the parties stipulate that in lieu of the $100,000 bond being fully secured by the property as described above, $50,000 cash or in a cashier's check may be used as a substitute to secure the bond. Further, upon the posting of the $50,000 the above sureties may submit to the Court a proposed order releasing and exonerating the property bond.

SO STIPULATED:

Dated: August 29, 2006   /s/_____
                         Steven F. Gruel
                         Attorney for Man Nei Lui

Dated:  August 29, 2006   /s/_____
                         John N. Glang
                         Assistant United States Attorney


### [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

PURSUANT TO THE ABOVE STIPULATION, defendant Man Nei Lui's pretrial release conditions are hereby modified to permit the substitution of $50,000 cash or cashier's check as a substitute to secure the $100,000 bond. Once the $50,000 has been posted, defendant's counsel may seek release and exoneration of the above described property bond in this case.

IT IS SO ORDERED.

Dated: 8/29/06   _____
                 Honorable Nandor Vadas
                 United States Magistrate Judge