**FILED**

AUG 3 1 2006

N. WIEKING
NORTHERN DISTRICT COURT
SAN JOSE DIVISION OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITD STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>MAN NEI LUI,<br><br>Defendant. | Case No.: CR-05-00723-JW<br><br>[PROPOSED] ORDER RELEASING AND EXONERATING PROPERTY BOND |

## [PROPOSED] ORDER RELEASING AND EXONERTAING PROPERTY BOND

Sureties Man See Lui and Sherry M. Lui have posted a $50,000 cashier's check as security for defendant Man Nei Lui's pretrial release in this case. Consequently, and in accordance with this Court's August 29, 2006 Order Modifying Conditions of Pretrial Release, the Property Bond wherein a Deed of Trust and Grant Deed posting 728 Callaway Street, San Leandro, California to support the $100,000 bond is hereby RELEASED AND EXONERATED.

IT IS SO ORDERED.

Dated: 8/31/06

_____
Honorable Nandor Vadas
United States Magistrate Judge

[PROPOSED] ORDER RELEASING AND
EXONERATING PROPERTY BOND

- 1