1  STEVEN F. GRUEL (CSBN 213148)
   655 Montgomery Street, Suite 1700
2  San Francisco, California 94122
   Telephone Number (415) 989-1253
3

4  Attorney for MAN NEI LUI

5

6

7                    UNITED STATES DISTRICT COURT

8                    NOTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,          )
                                      )
12        Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                      )   ORDER MODIFYING CONDITIONS OF
13        Vs.                         )   RELEASE TO PERMIT TRAVEL TO
                                      )   DISNEYLAND IN ANAHIEM
14 MAN NEI LUI, et al.,               )
                                      )   CR-05-0723-JW
15        Defendants.                 )
                                      )
16                                    )
                                      )
17

18    Defendant, Man Nei Lui, through and by his attorney, Steven F. Gruel, Esquire

19 hereby respectfully requests that his conditions of pretrial release be modified to permit vacation

20 travel to Disneyland in Anaheim, California from August 9, 2007 to August 12, 2007.

21    The government and pretrial services have been contacted and do not oppose this defense

22 request. The name of the hotel where the defendant will be staying in Disneyland has been

23 provided to the pretrial services officer handling this case and is: The Disneyland Paradise Pier

24 Hotel, 1717 S. Disneyland Drive, Anaheim, California 92801 (telephone number of 714-999-

25 0990).

26 *STIPULATION AND [PROPOSED]*
   *ORDER MODIFYING CONDITIONS OF*
   *RELEASE TO PERMIT TRAVEL TO TAHOE*
                                    - 1

SO STIPULATED: Copy

DATED: August 25, 2007

_/s/_____
STEVEN F. GRUEL
Attorney for Defendant
MAN NEI LUI

Copy

DATED: August 25, 2007

_/s/_____
JOHN N. GLANG
Assistant United States Attorney

[~~PROPOSED~~] ORDER AMENDING PRETRIAL CONDITIONS

PREDICATED on the above stipulation the Court hereby amends the Defendant's conditions of pretrial release to permit vacation travel as described above from August 9, 2007 to August 12, 2007.

IT IS SO ORDERED.

8/2/07

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

*STIPULATION AND [PROPOSED]*
*ORDER MODIFYING CONDITIONS OF*
*RELEASE TO PERMIT TRAVEL TO TAHOE*

- 2