STEVEN F. GRUEL (CSBN 213148)
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622

Attorney for MAN NEI LUI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>Vs.<br><br>MAN NEI LUI,<br><br>   Defendant. | MOTION, DECLARATION OF STEVEN F. GRUEL AND [PROPOSED] ORDER VACATING CASH BOND AND RETURN OF POSTED AMOUNT TO SURETIES<br><br>CR-05-0723-JW<br><br>Honorable Patricia V. Trumbull |

TO: THE HONORABLE MAGISTRATE JUDGE PATRICIA TRUMBULL and ASSISTANT UNITED STATES ATTORNEY JOHN N. GLANG:

Sureties MAN SEE LUI and SHERRY M. LUI hereby move the Court to vacate the Bond in the amount of $50,000.00 posted on August 31, 2006 as a condition of defendant MAN NEI LUI'S pretrial release in the above captioned case. Moreover, sureties MAN SEE LUI and SHERRY M. LUI hereby move the Court to order that the $50,000.00 posted with the Clerk of the Court be returned to them. The declaration of Steven F. Gruel is attached hereto in support of this motion. This motion is predicated on the following facts:

- 1

MOTION, DECLARATION OF STEVEN F. GRUEL AND [PROPOSED] ORDER
VACATING CASH BOND AND RETURN OF POSTED AMOUNT TO SURETIES

1. On November 23, 2005, the Honorable Magistrate Judge Patricia Trumbull ordered that the defendant Man Nei Lui be permitted pretrial release predicated on conditions including a $100,000 bond secured by equity in real property.

2. On December 15, 2005, the defendant's brother and sister-in-law (Man See Lui and Sherry M. Lui) signed as sureties and filed a Deed of Trust and Grant deed posting their home at 728 Callaway Street, San Leandro, California to secure the $100,000 property bond.

3. Defendant's brother and sister-in-law subsequently indicated that they planned to sell the 728 Callaway Street residence mentioned above. Consequently, defense counsel and the United States Attorney's Office stipulated that $50,000 in cash or a cashier's check could be used as a substitute to secure the bond.

4. On August 31, 2006, upon the posting of a $50,000 cashier's check, the Honorable Magistrate Judge Nandor Vandas ordered the release and exoneration of the order posting the 728 Callaway Street, San Leandro, California residence. Attached hereto is a true and correct copy of the August 31, 2006 Order by Magistrate Judge Nandor Vandas [Docket Number 97].

5. On October 29, 2008, defendant Man Nei Lui was convicted of two felony drug offenses after trial in this case. [Jury Verdict Docket # 429]. The Honorable James Ware ordered defendant Man Nei Lui into custody awaiting sentencing.

6. Consequently, Bond sureties Man See Lui and Sherry M. Lui hereby respectfully request that the $50,000 bond be vacated and that the Clerk of Court for the

//
//
//

MOTION, DECLARATION OF STEVEN F. GRUEL AND [PROPOSED] ORDER
VACATING CASH BOND AND RETURN OF POSTED AMOUNT TO SURETIES

Northern District of California take all necessary steps to return the amount of $50,000.00 to the bond sureties Man See Lui and Sherry M. Lui.

DATED: January 11, 2009

STEVEN F. GRUEL
Attorney for Defendant
MAN NEI LUI

## [PROPOSED] ORDER

Predicated upon the above motion, the declaration of Steven F. Gruel and the record in this case, the $50,000.00 security bond posted in this case is hereby ORDERED VACATED;

IT IS FURTHER ORDERED, that the Clerk for the Northern District of California shall take the necessary steps and procedures so as to return the $50,000.00 to the Bond's Sureties Man See Lui and Sherry M. Lui.

SO ORDERED.

Dated: 1/12/09

HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

- 3 -

MOTION, DECLARATION OF STEVEN F. GRUEL AND [PROPOSED] ORDER
VACATING CASH BOND AND RETURN OF POSTED AMOUNT TO SURETIES